**No. 09-8906. Claudio Millan, Petitioner v. Southern California Edison Company.**

559 U.S. 1117, 130 S. Ct. 2431, 176 L. Ed. 2d 944, 2010 U.S. LEXIS 3760.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1017, 130 S. Ct. 1908, 176 L. Ed. 2d 383, 2010 U.S. LEXIS 2551.